IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIKTOR ALEXANDROVICH KARASEV, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN K. MILLER, in his official capacity as Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; MERRICK GARLAND, in his official capacity as Attorney General of the United States; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; and UR M. JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services; <br><br> Defendants. | **4:21CV3322** <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 11). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 11th day of March, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge